NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AUGUSTA MILLENDER; et al., | No. 07-55518 |
| Plaintiffs - Appellees, | D.C. No. CV-05-02298-DDP |
| v. | Central District of California, Los Angeles |
| COUNTY OF LOS ANGELES; et al., | |
| Defendants - Appellants, | ORDER |
| and | |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; et al., | |
| Defendants. | |

On Remand from the United States Supreme Court

Before: KOZINSKI, Chief Judge, SILVERMAN, GRABER, FISHER, TALLMAN, RAWLINSON, BYBEE, CALLAHAN, M. SMITH, and IKUTA, Circuit Judges.*

In light of the Supreme Court's decision in *Messerschmidt v. Millender*, 132 S.Ct. 1235 (2012), the district court's determination that officers Lawrence and

---

* Judge Rymer passed away before the Supreme Court issued its decision in this case.

Messerschmidt are not entitled to qualified immunity is REVERSED, and the case

is remanded for further proceedings consistent with *Messerschmidt*.

---

[*]    Judge Rymer passed away before the Supreme Court issued its decision in this case.